IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA HARVEY RICE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:09-CV-950 |
| | ) | |
| FIRST FINANCIAL INSURANCE | ) | JUDGE TRAUGER |
| COMPANY, BIKE USA, INC. and | ) | |
| BROWN & BROWN of LEHIGH | ) | |
| VALLEY, INC., | ) | |
| | ) | |
| Respondents. | ) | |

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes the Petitioner, JOSHUA HARVEY RICE and files this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Respondents have not filed an Answer or Motion for Summary Judgment.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Martin D. Holmes
    Martin D. Holmes, #12122
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, TN 37219
    (615) 244-6538

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2010, a true and exact copy of the foregoing has been served upon filing users through the Electronic Filing System and to all parties not served through the Electronic Filing System via U.S. Mail to:

Marc O. Dedman, Esq.
Spicer Rudstrom, PLLC
Bank of American Plaza
414 Union Street, Suite 1700
Nashville, TN 37219

*Attorneys for First Financial*
*Insurance Company and Bike U.S.A., Inc.*

              /s/ Martin D. Holmes
              Martin D. Holmes

NASHVILLE 379506